1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11     ANDRES MILAN,                          )   Case No. CV 09-9447 DSF (JCG)
                                              )
                        Petitioner,           )
12                                            )   **ORDER ADOPTING REPORT AND**
                     v.                       )   **RECOMMENDATION OF UNITED**
13                                            )   **STATES MAGISTRATE JUDGE**
       FRANCISCO QUINTANA,                    )
14     Warden,                                )
                                              )
15                      Respondent.           )
                                              )
16     ───────────────────────────           )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

18     Magistrate Judge's Report and Recommendation, and the remaining record.

19     Petitioner filed no objections to the Report and Recommendation.

20          Accordingly, IT IS ORDERED THAT:

21          (1) the Report and Recommendation is approved and adopted;

22          (2) Judgment be entered denying the Petition and dismissing this action

23     without prejudice; and

24           (3) the Clerk serve copies of this Order and the Judgment on the parties.

25

26     DATED: October 22, 2010     _____

27
                                   HON. DALE S. FISCHER
28                                 UNITED STATES DISTRICT JUDGE