1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRES MILAN, | ) | Case No. CV 09-9447 DSF (JCG) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| FRANCISCO QUINTANA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 22, 2010

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

1